IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

GLENDA R. KIDD,                        *

    Plaintiff                      *

vs.                                    *

                                                    CASE NO. 3:07-CV-94 (CDL)

MICHAEL J. ASTRUE, Commissioner        *
of Social Security,
                                          *

    Defendant
                                          *

## O R D E R

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on June 2, 2008, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 26th day of June, 2008.

                                                    S/Clay D. Land
                                                       CLAY D. LAND
                                             UNITED STATES DISTRICT JUDGE